UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HENRY WYRICK,<br><br>Petitioner,<br><br>v.<br><br>JASON PICKETT, Warden,<br><br>Respondent. | No.  2:20-cv-00740-TLN-AC<br><br><br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 16, 2020, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 3.)  Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 16, 2020 (ECF No. 3), are ADOPTED IN FULL; and

1    2. This action is DISMISSED without leave to amend. The Clerk of the Court is directed
2 to close this case.
3    IT IS SO ORDERED.
4 DATED: June 24, 2020

```
                                            Troy L. Nunley
                                            United States District Judge
```

2